## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 77 EAL 2020

          Respondent               :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

          v.                      :

                              :

RICKY DAVID SMITH,             :

                              :

            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.